WILLIAM S. RHODES, Respondent, *v.* LITTLE FALLS DAIRY COMPANY, INC., Appellant.

(Argued March 24, 1931; decided April 7, 1931.)

*Richard B. Conley, Warnick J. Kernan* and *Arnold R. Blumberg* for appellant.

*William S. Rhodes* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.